In re **Instamotor Inc.** Case No. **18-30252-HLB**
Debtor(s) Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Founder / Corporate Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 8, 2018** **/s/ Valentin Gui**
**Valentin Gui/Co-Founder / Corporate Secretary**
Signer/Title

AdColony
PO Box 205528
Dallas, TX 75320


Alan Dangerfield
715 Hiller St
Belmont, CA 94002


Amplitude, Inc.
501 Second Street, Suite 100
San Francisco, CA 94107


Bo Yu
2865 Kaiser Dr
Santa Clara, CA 95051


Brian Grabianowski
243 Fulton St.
Redwood City, CA 94062


Brian Vo
35683 Goldsmith Drive
Fremont, CA 94536


Brionna Lewis
1709 Goss St
Oakland, CA 94607


Cailee Moberg
190 2nd Ave
San Francisco, CA 94118

City and County of San Francisco
Office of the Treasurer & Tax Collection
City Hall - Rm. 140
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102


Colleen Fujimori
12 Brigmore Aisle
Irvine, CA 92603


Divya Agarwalla
212 Devonshire Blvd
San Carlos, CA 94070


Elizabeth Glazier
8 Landers St, Unit 203
San Francisco, CA 94114


Enea Gjoka
1700 Sawtelle Blvd., Suite PH16
Los Angeles, CA 90025


Errol Veloso
1920 E 30th St, Apt. B
Oakland, CA 94606


Evgeniy Skidan
1495 Valencia St, Unit 3
San Francisco, CA 94110


Experian
PO Box 881971
Los Angeles, CA 90088-1971

Fastmetrics
1 Hallidie Plaza, Suite 838
San Francisco, CA 94102


First Republic Bank
111 Pine Street
San Francisco, CA 94111


Frank, Rimerman + Co LLP
60 South Market Street, Suite 500
San Jose, CA 95113


Huckabuy
230 Swede Alley # 4586
Park City, UT 84060


Imgix
423 Tehama St
San Francisco, CA 94103


Jill Shun
19905 Vineyard Ln
Saratoga, CA 95070


Jonathan Schatz
1642 Stannage Ave
Berkeley, CA 94702


Julia Mak
414 Murray Street
San Francisco, CA 94110

Kang (Connie) Wang
680 Mission Street Suite 34T
San Francisco, CA 94105


Kevin Wu
333 W Broadmoor Blvd
San Leandro, CA 94577


Kristen Andersson
Klein, Hockel, Iezza & Patel, PC
455 Market Street, Suite 1480
San Francisco, CA 94105


Metrovation
580 2nd Street, Suite 260
Oakland, CA 94607


Michael Atkins
c/o Glancy Prongay & Murray LLP
Attn: Mark S. Greenstone, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067


Michael Atkins
c/o Glancy Prongay & Murray LLP
Attn: Lionel Z. Glancy, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067


Native X, LLC
1900 Medical Arts Ave S
Sartell, MN 56377


Raymond Li
2336 Magnolia Street, Unit 3
Oakland, CA 94607

Siege Media LLC
4432 38th St.
San Diego, CA 92116


Sylvain G. Bohy
1495 Valencia Suite 3
San Francisco, CA 94110


Valentin Gui
1201 Tennessee Street, Suite 111
San Francisco, CA 94107


Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050


YouAppi Inc
2 Embarcadero Center, Suite 2310
San Francisco, CA 94111-3919