# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re: INSTAMOTOR INC.        §   Case No. 18-30252
                                              §
                                              §

Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Barry Milgrom, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$47,514.63_<br>*(without deducting any secured claims)* | Assets Exempt: _N/A_ |
| Total Distribution to Claimants:_$30,698.16_ | Claims Discharged<br>Without Payment:_N/A_ |
| Total Expenses of Administration:_$21,148.85_ | |

    3)  Total gross receipts of $     51,847.01     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of  $51,847.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,148.85 | 21,148.85 | 21,148.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,557.40 | 1,557.40 | 1,557.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,201,717.35 | 73,916.44 | 73,916.44 | 29,140.76 |
| **TOTAL DISBURSEMENTS** | $31,201,717.35 | $96,622.69 | $96,622.69 | $51,847.01 |

4) This case was originally filed under Chapter 7 on March 08, 2018. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2019          By: /s/Barry Milgrom
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Intellectual property/digital assets | 1129-000 | 40,000.00 |
| First Republic Bank | 1121-000 | 1,757.42 |
| FF&E in San Francisco | 1129-000 | 9,855.00 |
| Tax refund from EDD-State of California | 1224-000 | 234.59 |
| **TOTAL GROSS RECEIPTS** | | $51,847.01 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Barry Milgrom | 2100-000 | N/A | 5,842.35 | 5,842.35 | 5,842.35 |
| Trustee Expenses - Barry Milgrom | 2200-000 | N/A | 12.00 | 12.00 | 12.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case: 18-30252   Doc# 40   Filed: 06/07/19   Entered: 06/07/19 10:04:15   Page 3 of 10

| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 77.53 | 77.53 | 77.53 |
|---|---|---|---|---|---|
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 2,970.00 | 2,970.00 | 2,970.00 |
| Other - Sandi M. Colabianchi | 3220-000 | N/A | 106.46 | 106.46 | 106.46 |
| Other - Sandi M. Colabianchi | 3210-000 | N/A | 9,860.00 | 9,860.00 | 9,860.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.37 | 31.37 | 31.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.89 | 57.89 | 57.89 |
| Auctioneer for Trustee Expenses - Harvey Bendix | 3620-000 | N/A | 500.00 | 500.00 | 500.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - Harvey Bendix | 3610-000 | N/A | 1,478.25 | 1,478.25 | 1,478.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.84 | 74.84 | 74.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.49 | 73.49 | 73.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.67 | 44.67 | 44.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,148.85 | $21,148.85 | $21,148.85 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FRANCHISE TAX BOARD | 5800-000 | N/A | 800.00 | 800.00 | 800.00 |
| 3 | Internal Revenue Service | 5800-000 | N/A | 757.40 | 757.40 | 757.40 |
| NOTFILED | Evgeniy Skidan | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jonathan Schatz | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Errol Veloso | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Julia Mak | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Enea Gjoka | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Wu | 5200-000 | 0.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Kang (Connie) Wang | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Glazier | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Valentin Gui | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Raymond Li | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sylvain G. Bohy | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristen Andersson | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jill Shun | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Divya Agarwalla | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Colleen Fujimori | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alan Dangerfield | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bo Yu | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brian Vo | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brian Grabianowski | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City and County of San Francisco | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cailee Moberg | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brionna Lewis | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,557.40 | $1,557.40 | $1,557.40 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TriNet HR III Inc | 7100-000 | N/A | 7,977.95 | 7,977.95 | 3,145.22 |
| 4 | Wilson Sonsini Goodrich & Rosati | 7100-000 | 33,214.50 | 35,938.49 | 35,938.49 | 14,168.36 |
| 5 | Evgeniy Skidan | 7100-000 | 31,547.00 | 30,000.00 | 30,000.00 | 11,827.18 |
| NOTFILED | Michael Atkins c/o Glancy Prongay & Murray LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | huckabuy.com | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | imgix | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank, Rimerman + Co LLP | 7100-000 | 10,939.00 | N/A | N/A | 0.00 |
| NOTFILED | snacknation | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | YouAppi Inc | 7100-000 | 4,604.00 | N/A | N/A | 0.00 |
| NOTFILED | Siege Media LLC | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | fast metrics | 7100-000 | 14,946.40 | N/A | N/A | 0.00 |
| NOTFILED | Native X, LLC | 7100-000 | 1,338.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Amplitude, Inc. | 7100-000 | 995.00 | N/A | N/A | 0.00 |
| NOTFILED | AdColony | 7100-000 | 361.54 | N/A | N/A | 0.00 |
| NOTFILED | Columbia Pacific Finance, LLC | 7100-000 | 10,595.24 | N/A | N/A | 0.00 |
| NOTFILED | DLA Piper LLP (US) | 7100-000 | 28,330.50 | N/A | N/A | 0.00 |
| NOTFILED | Columbia Pacific Finance, LLC | 7100-000 | 1,261.92 | N/A | N/A | 0.00 |
| NOTFILED | craigslist, Inc. 222 Sutter Street Attn: Jim Buckmaster | 7100-000 | 31,052,314.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 7,620.25 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $31,201,717.35 | $73,916.44 | $73,916.44 | $29,140.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-30252 | **Trustee:** (001140) Barry Milgrom |
| **Case Name:** INSTAMOTOR INC. | **Filed (f) or Converted (c):** 03/08/18 (f) |
| | **§341(a) Meeting Date:** 04/11/18 |
| **Period Ending:** 05/16/19 | **Claims Bar Date:** 07/05/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Intellectual property/digital assets | Unknown | 10,000.00 | | 40,000.00 | FA |
| 2 | First Republic Bank<br>bank account | 1,757.45 | 1,757.45 | | 1,757.42 | FA |
| 3 | FF&E in San Francisco | 25,784.00 | 10,000.00 | | 9,855.00 | FA |
| 4 | Metrovation-prepayment on lease | 16,480.00 | 0.00 | | 0.00 | FA |
| 5 | Office furniture located in SF office  (See Footnote) | 3,559.80 | 0.00 | | 0.00 | FA |
| 6 | Office furniture located in Minsk office | 3,207.00 | 0.00 | | 0.00 | FA |
| 7 | Office fixtures located in SF office  (See Footnote) | 1,763.61 | 0.00 | | 0.00 | FA |
| 8 | Office fixtures located in Minsk office | 2,044.00 | 0.00 | | 0.00 | FA |
| 9 | Office equipment including all comptuer<br>   equipment and communications systems equipment<br>and software - located in SanFrancisco office  (See<br>Footnote) | 20,460.22 | 0.00 | | 0.00 | FA |
| 10 | Office Space Lease<br>   650 5th Street Suite 401 San Francisco CA 94107 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Internet Domain<br>   www.instamotor.com<br><br>Sale of Assets are included in sale of Asset #1  (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 12 | Digital Assets (web and mobile marketplace;<br>   domain name and content; and backend upport for<br>communicaiton and vehicle verification  (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 13 | Tax refund from EDD-State of California  (u) | Unknown | Unknown | | 234.59 | FA |
| **13** | **Assets**    **Totals** (Excluding unknown values) | **$75,056.08** | **$21,757.45** | | **$51,847.01** | **$0.00** |

RE PROP# 5      Sale of Assets are included in sale of Asset #3
RE PROP# 7      Sale of Assets are included in sale of Asset #3
RE PROP# 9      Sale of Assets are included in sale of Asset #3
RE PROP# 11    Sale of Assets are included in sale of Asset #1
RE PROP# 12    Sale of Assets are included in sale of Asset #1

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 18-30252

Case Name: INSTAMOTOR INC.

Period Ending: 05/16/19

Trustee: (001140) Barry Milgrom

Filed (f) or Converted (c): 03/08/18 (f)

§341(a) Meeting Date: 04/11/18

Claims Bar Date: 07/05/18

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |

**Major Activities Affecting Case Closing:**

05/16/19 TDr submitted to UST

Initial Projected Date Of Final Report (TFR): April 15, 2019

Current Projected Date Of Final Report (TFR): January 3, 2019 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 18-30252 | | **Trustee:** | Barry Milgrom (001140) | | |
| **Case Name:** | INSTAMOTOR INC. | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******2566 - Checking Account | | |
| **Taxpayer ID #:** | **-***6247 | | **Blanket Bond:** | $55,486,801.00 (per case limit) | | |
| **Period Ending:** | 05/16/19 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/18 | {1} | YOURMECHANIC, INC. | Deposit re sale of intellectual property, including digital assets | 1129-000 | 5,000.00 | | 5,000.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 05/10/18 | {1} | Stuart Holmes- Bank of America | Deposit for IP auction from successful bidder | 1129-000 | 5,000.00 | | 9,980.00 |
| 05/10/18 | {1} | Valentin Gui -- Chase | Deposit for auctio of IP assets- back up bidder | 1129-000 | 5,000.00 | | 14,980.00 |
| 05/16/18 | 101 {1} | YOURMECHANIC, INC. | Return deposit (re IP sale) to non-winning bidder | 1129-000 | -5,000.00 | | 9,980.00 |
| 05/17/18 | {1} | Holmes Family Enterprises, Inc. | Balance of $40k price for purchase of IP- per Order Doc #23 allowing sale of IP | 1129-000 | 35,000.00 | | 44,980.00 |
| 05/21/18 | 102 {1} | Valentin Gui | Return of deposit from unsuccessful bid on IP | 1129-000 | -5,000.00 | | 39,980.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.37 | 39,948.63 |
| 06/01/18 | {2} | First Republic Bank | Paid per demand of trustee | 1121-000 | 1,665.26 | | 41,613.89 |
| 06/01/18 | {2} | First Republic Bank | Paid per trustee demand | 1121-000 | 92.16 | | 41,706.05 |
| 06/28/18 | | Harvey Bendix | Net proceeds from sale of FF&E (gross sales of $9,855 less labor expenses of $500 less auctioneers commission of 15% [$9855.x 15%=$1478.25]) | | 7,876.75 | | 49,582.80 |
| | {3} | | Gross sale from FF&E         9,855.00 | 1129-000 | | | 49,582.80 |
| | | | 4 days @ 125.00              -500.00 | 3620-000 | | | 49,582.80 |
| | | | Auctioneer Commission -    -1,478.25<br>Harvy Bendix | 3610-000 | | | 49,582.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.89 | 49,524.91 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.84 | 49,450.07 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.49 | 49,376.58 |
| 10/23/18 | {13} | State of California-EDD | Debtor apparently overpaid the final employment tax return | 1224-000 | 234.59 | | 49,611.17 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.67 | 49,566.50 |
| 03/12/19 | 103 | Barry Milgrom | Dividend paid 100.00% on $5,842.35, Trustee Compensation; Reference: | 2100-000 | | 5,842.35 | 43,724.15 |
| 03/12/19 | 104 | Barry Milgrom | Dividend paid 100.00% on $12.00, Trustee Expenses; Reference: | 2200-000 | | 12.00 | 43,712.15 |
| 03/12/19 | 105 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $77.53, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 77.53 | 43,634.62 |
| 03/12/19 | 106 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $2,970.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,970.00 | 40,664.62 |
| 03/12/19 | 107 | Sandi M. Colabianchi | Dividend paid 100.00% on $106.46, Attorney | 3220-000 | | 106.46 | 40,558.16 |

| | | | Subtotals : | | $49,868.76 | $9,310.60 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 18-30252 | |
| **Case Name:** | INSTAMOTOR INC. | |
| | | |
| **Taxpayer ID #:** | **-***6247 | |
| **Period Ending:** | 05/16/19 | |

| | |
|---|---|
| **Trustee:** | Barry Milgrom (001140) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2566 - Checking Account |
| **Blanket Bond:** | $55,486,801.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for Trustee Expenses (Other Firm);  Reference: | | | | |
| 03/12/19 | 108 | Sandi M. Colabianchi | Dividend paid 100.00% on $9,860.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 9,860.00 | 30,698.16 |
| 03/12/19 | 109 | FRANCHISE TAX BOARD | Percent of Dividend 100.00%  Final dividend in bankruptcy case | 5800-000 | | 800.00 | 29,898.16 |
| 03/12/19 | 110 | Internal Revenue Service | Percent of Dividend 100.00%  Final dividend in bankruptcy case | 5800-000 | | 757.40 | 29,140.76 |
| 03/12/19 | 111 | TriNet HR III Inc | Percent of Dividend  39.42%  Final dividend in bankruptcy case | 7100-000 | | 3,145.22 | 25,995.54 |
| 03/12/19 | 112 | Wilson Sonsini Goodrich & Rosati | Percent of Dividend  39.42%  Final dividend in bankruptcy case | 7100-000 | | 14,168.36 | 11,827.18 |
| 03/12/19 | 113 | Evgeniy Skidan | Percent of Dividend  39.42%  Final dividend in bankruptcy case<br>Stopped on 04/11/19 | 7100-000 | | 11,827.18 | 0.00 |
| 04/11/19 | 113 | Evgeniy Skidan | Percent of Dividend  39.42%  Final dividend in bankruptcy case<br>Stopped: check issued on 03/12/19 | 7100-000 | | -11,827.18 | 11,827.18 |
| 04/11/19 | 114 | Evgeniy Skidan | Percent of Dividend  39.42%  Final dividend in bankruptcy case | 7100-000 | | 11,827.18 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 49,868.76 | 49,868.76 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 49,868.76 | 49,868.76 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $49,868.76 | $49,868.76 | |

| | |
|---|---|
| Net Receipts : | 49,868.76 |
| Plus Gross Adjustments : | 1,978.25 |
| Net Estate : | $51,847.01 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2566** | 49,868.76 | 49,868.76 | 0.00 |
| | $49,868.76 | $49,868.76 | $0.00 |

{} Asset reference(s)

Printed: 05/16/2019 03:19 PM    V.13.32